JANE A. STOKES, Appellant, v. INVESTORS AND TRADERS' REALTY COMPANY and Others, Respondents.

Appeal from an order entered in the New York county clerk's office on the 12th day of April, 1910, denying a motion for a preference.

PER CURIAM: As the plaintiff was clearly entitled to a preference under the rules of this court,* it was error for the judge below to refuse to grant it. The order is, therefore, reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

HAROLD R. SCHAFFNER, an Infant, by GEORGE SCHAFFNER, his Guardian ad Litem, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

Appeal from a judgment entered in New York county clerk's office on the 23d day of October, 1909, upon a verdict and from an order denying a motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Miller and Dowling, JJ. Ingraham, P. J., and Miller, J., dissented upon the ground that in their opinion there was no evidence that the plaintiff was free from contributory negligence that would justify the submission of the case to the jury.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KAMINSKY, Appellant.

Appeal from a judgment of the Court of Special Sessions, First Division, Children's Part, entered on the 3d day of June, 1909, convicting the defendant of grand larceny, second degree.

Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin (dissenting), Laughlin, Miller and Dowling, JJ.

McLAUGHLIN, J. (dissenting): I dissent upon the ground that there is no proof in this record that the defendant was under sixteen years of age, and that such proof was essential to the jurisdiction of the court.

---

The New York Steam Company, Respondent, v. Patrick Ryan and Andrew McC. Parker, Composing the Firm of Ryan & Parker, Appellants.— Judgment and order affirmed, with costs. No opinion.

Alrick H. Man and Katharine T. Martin, as Trustees of and under the Last Will and Testament of Mary J. Martin, Deceased, Respondents, v. Charles L. Du Vivier, Appellant.— Judgment and order affirmed, with costs. No opinion.

Hermann Crueger, Respondent, v. Frederick W. Whitridge, as Receiver of

---

* See Rules for Regulation of Special Terms and Calendar Practice, First Judicial District. rules 11, 12. — [REP.

Union Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. McLaughlin, J., dissenting.

Bertha Brodsky, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion.